UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COLIN MARCKENSON,<br><br>                Plaintiff,<br><br>vs.<br><br>UWADIA HARRY EVBAGHARU and<br>C.R. ENGLAND, INC.<br><br>                Defendant. | REMOVED FROM<br>SUPERIOR COURT<br>J.D. FAIRFIELD AT<br>BRIDGEPORT<br><br>C.A. NO. _____ |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE,** that the Defendant, C.R. ENGLAND, INC., by and through its attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, submits this Notice of Removal in accordance with 28 U.S.C. §§ 1332 and 1446, and respectfully states as follows:

1. The Plaintiff, Colin Marckenson, ("Plaintiff"), filed a Summons and Complaint in the Superior Court of the State of Connecticut, Judicial District of Fairfield at Bridgeport (the "State Couaurentrt") dated June 3, 2019, commencing this action captioned as MARKENSON COLIN V. UWADIA HARRY EVBAGHARU AND C.R. ENGLAND, INC. (the "Subject Action"). A true copy of the Summons and Complaint filed in the Subject Action is attached to the Index of Attachments as **Exhibit A**.

2. Upon information and belief, the Plaintiff resides in City of Norwalk, County of Fairfield, Connecticut. See Complaint ¶ 1, **Exhibit A**.

3. Upon information and belief, Defendant, Uwadia Harry Evbagharu, resides in the City of Boston, County of Suffolk, Commonwealth of Massachusetts, See Complaint ¶ 2, **Exhibit A.**

726959v.1

4. Defendant C.R. England, Inc. is a corporation incorporated under the laws of the State of Utah and has a principal place of business in the State of Utah.

5. On or about June 12, 2019, Defendant, C.R. England, Inc., received a copy of the Summons and Complaint.

6. The Plaintiff brings this action against the Defendant for personal injuries allegedly sustained as a result of a motor vehicle accident.

7. The Plaintiff's demand is for $125,000.00.

8. Pursuant to 28 U.S.C. § 1332, the U.S. District Courts have original jurisdiction over all civil actions among citizens of different States where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. See 28 U.S.C. § 1332(a).

9. Removal of such cases is governed by 28 U.S.C. § 1441(a) which makes clear that "[e]xcept as expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." See 28 U.S.C. § 1441(a).

10. This Court has original jurisdiction over the subject matter of this action under the provisions of 28 U.S.C. § 1332, in that there is complete diversity between the parties and more than $75,000.00 in controversy, exclusive of interest and costs.

11. Pursuant to 28 U.S.C. § 1332, Defendant, C.R. England, Inc., is entitled to remove the action to this Court.

12. This removal is timely as required by 28 U.S.C. § 1446(b) as it is filed within 30 days of the Defendant's receipt of the Plaintiff's Complaint.

726959v.1

13. Upon information and belief Co-Defendant Uwadia Harry Evbagharu has not been served with the summons and complaint and therefore his consent to the removal is not required.

14. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal is being filed with the Clerk of the Court for the Superior Court of the State of Connecticut, Judicial District of Fairfield at Bridgeport.

15. Based on the forgoing, Defendant C.R. ENGLAND, INC. hereby removes the action now pending in the Superior Court of the State of Connecticut, Judicial District of Fairfield at Bridgeport.

WHEREFORE, the Defendant, C.R. ENGLAND, INC., hereby removes this action from the State Court and demand a jury trial.

Date: June 24, 2019

                Respectfully submitted,
                Defendant,

                C.R. ENGLAND, INC.,
                By its Attorneys,

                /s/ Beata Shapiro
                Beata Shapiro (CT27507)
                Matthew Valauri (CT30193)
                beata.shapiro@wilsonelser.com
                matthew.valauri@wilsonelser.com
                Wilson Elser Moskowitz Edelman & Dicker LLP
                260 Franklin Street, 14th Floor
                Boston, MA 02110
                (617) 422-5300

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 24, 2019 the foregoing was **filed electronically** with the United States District Court for the District of Connecticut and served by mail upon the following:

Bruce J. Corrigan, Jr., Esq.
Law Office of Bruce J. Corrigan, Jr.
1853 Post Road East
Westport, CT 06880
*Attorney for Plaintiff*

Fairfield County Superior Court
Civil Clerks Office
1061 Main Street
Bridgeport, CT 06604

/s/ Beata Shapiro
Beata Shapiro (CT27507)

726959v.1