Exhibit "A"

 **CT Corporation**

**Service of Process Transmittal**
06/06/2019
CT Log Number 535626050

**TO:** T.J. England
C.R. England, Inc.
4701 W 2100 S
Salt Lake City, UT 84120-1223

**RE:** Process Served in Connecticut

**FOR:** C.R. England, Inc. (Domestic State: UT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARCKENSON COLIN, PLTF. vs. UWADIA HARRY EVBAGHARU AND C.R. ENGLAND, INC., DFTS. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Demand |
| **COURT/AGENCY:** | Bridgeport at Bridgeport Superior Court Housing Session Judicial District, CT<br>Case # NONE |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 01/17/2012 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/06/2019 at 13:06 |
| **JURISDICTION SERVED:** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | 07/09/2019 |
| **ATTORNEY(S) / SENDER(S):** | Bruce J. Corrigan, Jr.<br>Law Office of Bruce J. Corrigan, Jr.<br>1853 Post Road East<br>Westport, CT 06880<br>203-255-1950 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/07/2019, Expected Purge Date: 06/12/2019<br><br>Image SOP<br><br>Email Notification, T.J. England  Tj.england@crengland.com<br>Email Notification, Tyler Hayes  Tyler.hayes@crengland.com<br>Email Notification, Kelly Lowrey  kelly.lowrey@crengland.com<br>Email Notification, LESLIE BULLARD  leslie.bullard@crengland.com<br>Email Notification, MARY FAGEN  mary.fagen@crengland.com<br>Email Notification, BRUCE BOEHM  bruce.boehm@crengland.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 67 Burnside Ave |

Page 1 of 2 / SK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 **CT Corporation**

**Service of Process Transmittal**
06/06/2019
CT Log Number 535626050

**TO:** T.J. England
C.R. England, Inc.
4701 W 2100 S
Salt Lake City, UT 84120-1223

**RE:** **Process Served in Connecticut**

**FOR:** C.R. England, Inc.  (Domestic State: UT)

**TELEPHONE:** East Hartford, CT 06108
302-658-7581/7582/7583

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 MAIN STREET, BRIDGEPORT CT 06604 | ( 203 )579-6517 | JULY 09, 2019 |

| | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|
| ☒ Judicial District  ☐ G.A. Number: | BRIDGEPORT | Major: V  Minor: 01 |
| ☐ Housing Session | | |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Bruce J. Corrigan, Jr., Law Offices of Bruce J. Corrigan, Jr., 1853 Post Rd East, Westport CT 06880 | 429597 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| ( 203 ) 255-1950 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes  ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to): bcorr@optonline.net

Number of Plaintiffs: 1   Number of Defendants: 2   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: COLIN, MARCKENSON<br>Address: 19 AUTUMN STREET, NORWALK CT 06850 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: EVBAGHARU, UWANDIA HARRY<br>Address: 10 HAMMOND STREET, APT. 5D, BOSTON, MA 02120 | D-01 |
| Additional Defendant | Name: C.R. ENGLAND, INC. 4701 W 2100 S, SALT LAKE CITY, UT 84120 c/o AGENT FOR SERVICE<br>Address: CT CORPORATION SYSTEM, ONE CORPORATE CENTER, FLOOR 11, HARTFORD CT 06103 | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left<br>BRUCE J. CORRIGAN, JR. | Date signed<br>06/03/2019 |
|---|---|---|---|

**If this Summons is signed by a Clerk:**

a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date
ATTEST
A TRUE COPY
PETER J. PRIVITERA
STATE MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Summary Process actions
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

### ADA NOTICE
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | |
|---|---|
| RETURN DATE: JULY 9, 2019 | SUPERIOR COURT |
| MARCKENSON COLIN | J. D. OF FAIRFIELD |
| VS. | AT BRIDGEPORT |
| UWADIA HARRY EVBAGHARU and C.R. ENGLAND, INC. | JUNE 3, 2019 |

## COMPLAINT

### FIRST COUNT: (AS TO DEFENDANT, UWADIA HARRY EVBAGHARU)

1. Plaintiff, **MARCKENSON COLIN**, was at all times herein mentioned a resident of the City of Norwalk, County of Fairfield, and State of Connecticut.

2. Defendant, **UWADIA HARRY EVBAGHARU**, was at all times herein mentioned a resident of Boston, Massachusetts.

3. Defendant, **C.R. ENGLAND, INC.** was at all times herein mentioned a Foreign Corporation with its principal place of business located in Salt Lake City, Utah...

4. On January 17, 2012 at approximately 3:37 p.m. the plaintiff was operating his motor vehicle in a southerly direction on Scribner Avenue in the City of Norwalk, Connecticut.

5. At said time and place, the defendant, UWADIA HARRY EVBAGHARU, was operating a motor vehicle owned by the defendant, C.R. ENGLAND, INC., in a southerly direction on I-95 in the Town of Greenwich, County of Fairfield and State of Connecticut, directly behind plaintiff's motor vehicle.

6. At said time and place, the defendant's motor vehicle struck the rear of the plaintiff's motor vehicle, causing the plaintiff to suffer the injuries as hereinafter set forth.

7. Said accident and the injuries sustained by the plaintiff were the proximate result of the negligence and carelessness of the defendant, UWADIA HARRY EVBAGHARU, in one or more of the following ways, in that he:

   a. Failed to keep and operate his motor vehicle under control and failed to maintain a proper and adequate lookout for other vehicles;

   b. Operated his motor vehicle at an unreasonable rate of speed for the conditions then and there existing, in violation of Conn. Gen. Stat. Sec. 14-218a, and such violation was a substantial factor in causing the injuries sustained by plaintiff;

   c. Failed to operate his motor vehicle at a reasonable rate of speed that an ordinarily prudent person would drive considering all of the circumstances;

   d. Failed to properly apply his brakes in a timely fashion in order to avoid striking the plaintiff's motor vehicle;

   e. Failed to turn his motor vehicle in time to avoid striking plaintiff's motor vehicle;

   f. Failed to sound his horn, or give a timely warning whatsoever, of the impending collision; and

  g. Operated his motor vehicle in a negligent manner in violation of Conn. Gen. Stat. Sec. 14-240 (following too closely), and such violation was a substantial factor in causing the injuries sustained by the plaintiff.

8. As a result of the aforementioned negligence and carelessness of the defendant, UWADIA HARRY EVBAGHARU, the plaintiff suffered the following severe, painful and possibly permanent injuries:

  a. muscle spasm(s) of the neck and back;

  b. headaches;

  c. L4/5 disc bulge with an annular tear;

  d. radiating pain into legs;

  d. thoracic strain/sprain

  e. cervical strain/sprain;

  f. restricted range of motion of the neck and back;

  g. back and neck pain;

  h. shock to the nervous system; and

  i. permanent disability of the neck, back and whole body.

9. As a direct and proximate result of the negligence and carelessness of the defendant, UWADIA HARRY EVBAGHARU, as aforesaid, the plaintiff was forced to undergo

medical treatment, including chiropractic treatment, and will likely be forced to undergo more of such treatment and therapy in the future.

10. As an additional result of the negligence and carelessness of the defendant, UWADIA HARRY EVBAGHARU, as aforesaid, the plaintiff has expended monies for medical treatment, including chiropractic treatment, and will likely be obliged in the future to expend further sums of money for such purposes.

11. As a further result of the negligence and carelessness of the defendant, UWADIA HARRY EVBAGHARU, as aforesaid, the plaintiff suffered a loss of income and may be restricted in his employment in the future, to his further detriment.

12. As a further result of the negligence and carelessness of the defendant, UWADIA HARRY EVBAGHARU, as aforesaid, the plaintiff has endured and will continue to endure for a long period of time physical pain and suffering, mental anxiety and physical, mental and emotional distress.

13. The injuries sustained by the plaintiff as the result of the negligence and carelessness of the defendant, UWADIA HARRY EVBAGHARU, as aforesaid, disrupted the plaintiff's ability to carry on and enjoy life's activities and will likely restrict the activities in which he can engage in the future.

14. As the result of the negligence and carelessness of the defendant, UWADIA HARRY EVBAGHARU, as aforesaid, and the injuries caused to the plaintiff, the plaintiff has become anxious and fearful of increased risk of future injuries to his back and neck as a result of the motor vehicle accident of November 3, 2018.

15. As a result of the negligence and carelessness of the defendant, UWADIA HARRY EVBAGHARU, as aforesaid, plaintiff's motor vehicle was considerably damaged. Plaintiff lost the use of same and said motor vehicle has diminished in value, causing plaintiff loss and damage.

**SECOND COUNT: (AS TO DEFENDANT, C.R. ENGLAND, INC.)**

1. – 15. Paragraphs 1 through 15 of the First Count are hereby made Paragraphs 1 through 15 of this, the Second Count as though more fully set forth herein.

16. On November 3, 2018 the defendant, UWADIA HARRY EVBAGHARU, was an employee and/or agent of the defendant, C.R. ENGLAND, INC., and was acting in furtherance of and in the course and scope of such employment when he performed the negligent acts causing plaintiff's injuries, as aforesaid.

17. At all times herein mentioned, the defendant, C.R. ENGLAND, INC., was the owner of the motor vehicle operated by the defendant, UWADIA HARRY EVBAGHARU. The injuries suffered by plaintiff were the direct and proximate result of the negligence and carelessness of

the defendant, UWADIA HARRY EVBAGHARU, and such negligence and carelessness may be imputed to the defendant, C.R. ENGLAND, INC., pursuant to Connecticut General Statute Section 52-183.

WHEREFORE, the Plaintiff claims

Monetary damages.

I hereby certify that I have personal knowledge of the plaintiff's financial ability and deem it sufficient to pay the costs of the action.

Dated at Westport, Connecticut this 3rd day of June 2019.

Hereof, fail not, but due service and return make.

THE PLAINTIFF

BY _____
Bruce J. Corrigan, Jr.
Law Office of Bruce J. Corrigan, Jr.
1853 Post Road East
Westport, CT 06880
Juris #429597
(203) 255-1950

ATTEST:
A TRUE COPY

PETER J. PRIVITERA
STATE MARSHAL
HARTFORD COUNTY

| | | |
|---|---|---|
| RETURN DATE: JULY 9, 2019 | : | SUPERIOR COURT |
| MARCKENSON COLIN | : | J. D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| UWADIA HARRY EVBAGHARU and C.R. ENGLAND, INC. | | JUNE 3, 2019 |

### AMOUNT IN DEMAND

The amount, legal interest, or property in demand is Fifteen Thousand and 00/100 ($15,000.00) Dollars or more, exclusive of interest and costs.

The remedy sought by this Complaint is not based on an expressed or implied promise to pay a definite sum.

THE PLAINTIFF

BY _____
Bruce J. Corrigan, Jr.
Law Office of Bruce J. Corrigan, Jr.
1853 Post Road East
Westport, CT 06880
Juris #429597
(203)255-1950

ATTEST:
A TRUE COPY

PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY