UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCKENSON COLIN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:19-cv-00985 |
| v. | : | |
| UWADIA HARRY EVBAGHARU and C.R. ENGLAND, INC. | : | |
| Defendants, | : | |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED, CONSENTED, AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that pursuant to R. 41(a)(1) of the Federal Rules of Civil Procedure, the above-entitled action is dismissed with prejudice and without costs to either party as against the other.

**IT IS FURTHER STIPULATED, CONSENTED, AND AGREED** that facsimile signatures are to be deemed original signatures and this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Westport, Connecticut
July 7, 2020

Christina L. Albano, Esq. ct 30248
LAW OFFICE OF BRUCE J. CORRIGAN, JR.
*Attorneys for Plaintiff*
*MARCKENSON COLIN*
1853 Post Road East
Westport, CT 06880
Tel: (203) 255-1950

791654v.1

Dated: Stamford, Connecticut
       July  31  , 2020

                                         /s/ Matthew D. Valauri (CT 30193)
                                         Matthew D. Valauri, Esq.

                                           WILSON ELSER MOSKOWITZ
                                           EDELMAN & DICKER LLP
                                           *Attorneys for Defendants*
                                           *UWADIA HARRY EVBAGHARU and*
                                           *C.R. ENGLAND INC.*
                                           1010 Washington Boulevard
                                           Stamford, CT 06901
                                           (203) 388-9100
                                           Our File No.: 14549.00017

791654v.1